**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017 LLC, UNILOC LICENSING USA LLC, and UNILOC USA, INC, | § § § § | |
| Plaintiffs, | § § | Case No. 2:18-cv-00452-JRG-RSP |
| v. | § § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

## ORDER

Having received Plaintiffs' Notice of Dismissal Without Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) [Dkt. #8], the Court hereby ORDERS that the claims of all Plaintiffs against Google LLC in this matter are DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 21st day of November, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE